WOODS ET AL., APPELLANTS, *v.* CINCINNATI INSURANCE COMPANY, APPELLEE.

[Cite as *Woods v. Cincinnati Ins. Co.* (1992), 63 Ohio St.3d 639.]

(No. 92-49—Submitted April 8, 1992—Decided May 13, 1992.)

*Clark, Perdue & Roberts Co., L.P.A.,* and *Glen R. Pritchard,* for appellants Nancy Woods and Janine Graves.

*Lane, Alton & Horst* and *Karen K. Rosenberg,* for appellee.

The motion to certify the record is allowed and the judgment of the court of appeals is reversed on authority of *State Farm Auto. Ins. Co. v. Alexander* (1992), 62 Ohio St.3d 397, 583 N.E.2d 309.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.